No. 378. UNITED STATES, USE OF UNION GAS ENGINE COMPANY, v. NEWPORT SHIPBUILDING CORPORATION, LIMITED; NATIONAL SURETY COMPANY. See *post*, p. 575.

No. 381. WELDON J. BAILEY v. STATE OF ARIZONA ON RELATION OF JOHN W. MURPHY, ATTORNEY GENERAL. See *post*, p. 575.

No. 586. LULU MIGNON MURPHY v. EUGENIE R. BIRD, ADMINISTRATRIX, ET AL. See *ante*, p. 487.

No. 32. JENNIE M. BLAIR, NEE ADAIR, v. SAM F. WILKERSON ET AL. See *ante*, p. 488.

No. 20. THOMAS W. PHILLIPS, JR., ET AL., SUBSTITUTED FOR OKLAHOMA NATURAL GAS COMPANY, A CORPORATION, v. OKLAHOMA. See *ante*, p. 489.

Nos. 21–27. STATE OF MISSOURI, ON THE RELATIONS OF WASHINGTON UNIVERSITY ET ALS., v. PUBLIC SERVICE COMMISSION OF MISSOURI AND UNION ELECTRIC LIGHT & POWER COMPANY. See *ante*, p. 489.

No. 46. THOMAS H. DENT, ADMINISTRATOR, v. JAMES S. SWILLEY. See *ante*, p. 492.

No. 54. A. W. MELLON, DIRECTOR GENERAL, v. L. E. McKINLEY. See *ante*, p. 492.

No. 59. GEORGE D. IVERSON, JR. v. ILLINOIS GLASS COMPANY. See *ante*, p. 493.